**Fill in this information to identify the case:**

Debtor 1: William Leon Lockhart

Debtor 2: Jennifer Lynn Lockhart
(Spouse, if filing)

United States Bankruptcy Court for the Western District of Missouri District of Missouri
(State)

Case number: 18-43299

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper      **Court Claim No.** (if known): 5

**Last four digits** of any number you use to identify the debtor's account:    XXXXXX2446

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes.  Date of last notice:    5/16/2019

## Part 1:  Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses.  Specify:_____ | | (10) | $0.00 |
| 11. | Suspense Balance | | (11) | -$0.00 |
| 12. | Other. Specify:    Plan Review | 01/17/2019 | (12) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2:  Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

|  | X  /s/ Zachary G. Edwards | Date: May 17, 2019 |
|---|---|---|
|  | Signature |  |

**Print:**  Adam S. Kerekanich #68602
Zachary G. Edwards #63798
First Name    Middle Name    Last Name

Title  Attorney

Company   Shapiro & Kreisman, LLC

Address   13801 Riverport Drive, Suite 502
Number    Street

Maryland Heights, MO 63043
City    State    ZIP Code

Contact phone   (314) 770-2120

Email  akerekanich@logs.com
zedwards@logs.com

19-033456

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed electronically on May 17, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

Attorney for Debtors:
Garry Addam Fera
WM Law
15095 W. 116th Street
Olathe, KS 66062

Chapter 13 Trustee:
Richard Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108

Office of the US Trustee:
Charles Evans Whittaker Courthouse
400 E. 9th Street
Room 3440
Kansas City, MO  64106

      I hereby certify that a true and correct copy of the foregoing document was filed electronically on May 17, 2019, with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, to the parties listed below on May 17, 2019.

Debtors:
William Leon Lockhart
2531 S Ellisonway
Independence, MO 64055

Jennifer Lynn Lockhart
2531 S Ellisonway
Independence, MO 64055

                                          /s/ Zachary G. Edwards
                                          Adam S. Kerekanich #68602
                                          Zachary G. Edwards #63798