Invoice MO0104366 — Page 1 of 1

**LOGS**

The invoice was re-printed on 02/14/2019



Cooper

| Mortgagor | |
|---|---|
| Lockhart, Jennifer | |
| **Property Address** | |
| 1910 S Northern Blvd Independence, MO, 64052 | |
| **Services Rendered By** | **Location** |
| MO - Shapiro & Kreisman, LLC 13801 Riverport Drive Suite 502 Maryland Heights, MO, 63043 | MO |

## << BANKRUPTCY INVOICE >>

| Code | Client Code | Service Date | Description | Itemization | Amount |
|---|---|---|---|---|---|
| 0441 | | 01/17/2019 | FEE ITEMIZATION<br>ATTORNEY FEE - BK PLAN REVIEW (REC, ELIG)<br>TOTAL OF ALL FEES<br>TOTAL OF ALL COSTS, FEES | 300.00 | 300.00<br>300.00 |
| | | 02/05/2019 | CLIENT PAYMENT RECEIVED - CHECK #: 1001635038 | | -300.00 |

Invoice type: Bankruptcy Services Standard;
Please attach a copy of this invoice with your payment to ensure proper credit for this loan.

Page 01     Amount Due     0.00

http://logscdcbea1202:8001/nbs/printinvoice.do?fldInvoiceId=7032130     2/14/2019