**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

---

IN RE:

William Leon Lockhart,
Jennifer Lynn Lockhart,
        Debtor(s).

Case Number: 18-43299-DRD13
Chapter: 13

---

**RESPONSE TO DEBTOR'S MOTION TO SELL DEBTORS' HOME (DOC# 145)**

Wells Fargo Bank, N.A., ("Secured Creditor"), through the undersigned counsel, hereby files this response to Debtor's Motion to Sell Debtors' Home (the "Motion") in the above captioned matter. Wells Fargo Bank, N.A. ("Servicer") services the Debt Obligation secured by the property commonly described as **2531 South Ellison Way, Independence, Missouri 64055**. Secured Creditor is a party in interest as the holder of the secured claim that is the subject of this motion and responds as follows:

1. Secured Creditor objects to Debtor's Motion and demands payment in full of its mortgage lien(s) and does not consent to a sale which yields less than a full payoff as calculated by Secured Creditor.

2. Secured Creditor would be agreeable to sale of the Property so long as it generates sufficient proceeds which will result in payment in full of its mortgage lien(s) on the Property and contains conditional language which:

   A. Makes any sale which would result in less than a full payoff of Secured Creditor's mortgage liens subject to Secured Creditor's prior consent and approval;

   B. That sale of the Property must occur within 120 days of the entry of the order to sell;

   C. That Debtor is required to make monthly adequate protection payments to Secured Creditor through and including closing on sale of the Property.

**WHEREFORE**, Secured Creditor prays that Debtor's Motion be denied, together with such

other relief as this Court deems just and proper.

Dated: May 1, 2023　　　　　　　　　　　　Respectfully Submitted,

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 34600
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
WDMO@BonialPC.com
Attorney for Wells Fargo Bank, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been filed <u>May 1, 2023</u>, and served upon all parties receiving notice electronically via the CM/ECF system, and the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on the <u>May 1, 2023</u>:

**Debtor**        **VIA U.S. MAIL**
William Leon Lockhart
2531 S Ellisonway
Independence, MO 64055

Jennifer Lynn Lockhart
2531 S Ellisonway
Independence, MO 64055

**Debtor's Attorney**
Ryan A. Blay
Wm Law
15095 W 116th St.
Olathe, KS  66049

**Chapter 13 Trustee**
Richard Fink
Suite 1200, 2345 Grand Blvd.
Kansas City, Missouri 64108-2663

**US Trustee**
Office of the U.S.Trustee
400 East 9th Street, Room 3440
Kansas City, Missouri 64106

    Respectfully Submitted,

    /s/ Wesley T. Kozeny
    Wesley T. Kozeny